IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01997-WYD-CBS

MONICA ARIOWITSCH, a natural person,

    Plaintiff,

v.

RMT COTTAGES, LLC, a Tennessee Limited Liability Company; and
RARITY COMMUNITIES, INC., a Tennessee Corporation,

    Defendants.

## **ORDER**

This matter comes before the Court on the Plaintiff's Stipulated Motion to Dismiss First Horizon National Corporation D/B/A First Tennessee Bank, N.A., [#30] filed December 8, 2008, and Plaintiff's (unopposed) Motion to Amend Amended Complaint [#31], filed December 8, 2008. Plaintiff seeks to amend the Amended Complaint in this matter to remove First Horizon National Corporation as a party to this matter and to name First Tennessee Bank, N.A., as a party. Having reviewed the motions and the file herein, it is hereby

ORDERED that Plaintiff's Stipulated Motion to Dismiss First Horizon National Corporation D/B/A First Tennessee Bank, N.A., [#30] filed December 8, 2008, is **GRANTED**; and it is further

ORDERED that Plaintiff's Motion to Amend Amended Complaint [#31], filed December 8, 2008, is **GRANTED**. Plaintiff may file the proposed Second Amended

Complaint attached to docket #31. Defendants RMT Cottages, LLC and Rarity Communities, Inc., need not re-file their Motion to Dismiss.

December 9, 2008

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE