IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01997-WYD-CBS

MONICA ARIOWITSCH,
a natural person,

    Plaintiff,

v.

RMT COTTAGES, LLC,
a Tennessee limited liability company;
RARITY COMMUNITIES, INC.,
a Tennessee corporation, and
FIRST TENNESSEE BANK, N.A.,
a Tennessee corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that parties' Joint Motion to Amend Scheduling Order and to Vacate Hearing (*doc. # 67*) is GRANTED. The motion hearing set for June 1, 2009 is VACATED.

IT IS FURTHER ORDERED that the deadline to amend pleadings and join parties is extended to on or before **June 11, 2009**. *All pretrial deadlines previously set by this court, not modified herein, remain in effect.*

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint and Join Additional Plaintiffs and Defendants (*doc. # 64*) is WITHDRAWN.

**DATED:**    May 21, 2009