IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01997-WYD-CBS

MONICA ARIOWITSCH, a natural person;
NANCY SMITH, a natural person;
CRAIG C. NELSON, a natural person;
HAROLD NELSON, a natural person;
SUSAN NELSON, a natural person;
PAT HUEY, a natural person;
JODEY HUEY, a natural person;
RICHARD DEEM, a natural person;
CINDY LAWRENCE, a natural person;
WILLIAM H. SIMMONS, a natural person;
DAVID GORDON, a natural person;
SHARON GORDON, a natural person;
SUZANNE  CHARA, a natural person; and
ANTHONY CHARA, a natural person.

    Plaintiffs,

    v.

RMT COTTAGES, LLC, a Tennessee Limited Liability Company;
RPL PROPERTIES, LLC, a Tennessee Limited Liability Company;
RARITY COMMUNITIES, INC., a Tennessee Corporation;
MICHAEL L. ROSS, a natural person; and
DAVID H. ROOS, a natural person,

    Defendants.

---

ORDER DISMISSING PARTY

---

THIS MATTER IS before the Court upon Stipulation For Dismissal, filed December 28, 2009 [#115], and signed by counsel for the Plaintiffs and Defendant David H. Roos.  Having reviewed the Stipulation and being fully advised in the premises, it is hereby

ORDERED that the stipulated motion is **GRANTED**, and all claims which were raised or which could have been raised by and between the Plaintiffs and Defendant David H. Roos, are hereby **DISMISSED WITH PREJUDICE**, each party to bear his or her or its own court costs, mediation fees, and attorney fees.

Dated:  December 29, 2009

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge