**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: December 14, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **08-cv-01997-WYD-CBS**    Counsel:

**MONICA ARIOWITSCH, et al.**,    Jennifer L. Lorenz

        Plaintiffs,

v.

**RMT COTTAGES, LLC, et al.**,    Scott S. Evans
                                            Kenneth L. Levinson

        Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**3:08 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendants' Motion to Dismiss for Lack of Jurisdiction and for Change of Venue [94], filed August 10, 2009, and Defendants' Motion to Dismiss for Lack of Jurisdiction and for Change of Venue [96], filed August 10, 2009, are raised for argument.

3:12 p.m.   Argument by Defendants (Mr. Evans).

3:28 p.m.   Argument by Plaintiff (Ms. Lorenz).

3:34 p.m.   Argument by Defendants (Mr. Evans).

| | |
|---|---|
| 3:39 p.m. | Argument by Plaintiff (Ms. Lorenz). |

**ORDERED:** Defendants' Motion to Dismiss for Lack of Jurisdiction and for Change of Venue [94], filed August 10, 2009, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendants' Motion to Dismiss for Lack of Jurisdiction and for Change of Venue [96], filed August 10, 2009, is **TAKEN UNDER ADVISEMENT.**

Court indicates a written order shall follow.

**3:43 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:35**