IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01997-WYD-CBS

MONICA ARIOWITSCH, a natural person;
NANCY SMITH, a natural person;
CRAIG C. NELSON, a natural person;
HAROLD NELSON, a natural person;
SUSAN NELSON, a natural person;
PAT HUEY, a natural person;
JODEY HUEY, a natural person;
RICHARD DEEM, a natural person;
CINDY LAWRENCE, a natural person;
WILLIAM H. SIMMONS, a natural person;
DAVID GORDON, a natural person;
SHARON GORDON, a natural person;
SUZANNE  CHARA, a natural person; and
ANTHONY CHARA, a natural person.

       Plaintiffs,

v.

RMT COTTAGES, LLC, a Tennessee Limited Liability Company;
RPL PROPERTIES, LLC, a Tennessee Limited Liability Company;
RARITY COMMUNITIES, INC., a Tennessee Corporation;
MICHAEL L. ROSS, a natural person; and
DAVID H. ROOS, a natural person,

       Defendants.

---

## ORDER OF DISMISSAL

---

      This matter comes before the Court on the Stipulation for Dismissal With

Prejudice (as to Defendants RMT Cottages, LLC; RPL Properties, LLC; Rarity

Communities, Inc.; and Michael L. Ross), filed January 26, 2010 [#118].  In the

Stipulation, the parties state that they stipulate and agree to a full dismissal with

-1-

prejudice of all claims which were raised or which could have been raised between

Plaintiff and all the remaining Defendants in this case.  Upon review of the Stipulation

and the file herein, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear

his, her or its own court costs, mediation fees, and attorney fees.

January 26, 2010

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE